_Verified Correct Copy of Original 7/30/2026._

FILED MULTNOMAH CO CIRCUIT CT
'26 JUL 29 PM4:27

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

ELAINE MARGUERITE PRICE, an individual, and SETH MILLER, as guardian ad litem for [redacted], a minor,

L.P. Plaintiffs,

vs.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company,

Defendant.

Case No.: 26CV40067

**PETITION TO APPOINT GUARDIAN AD LITEM**

Petitioner, Seth Miller, alleges:

L.P.

1.

Petitioner is the father of [redacted], a minor child.

L.P.

2.

L.P.

[redacted] resides with Petitioner in Beaverton, OR 97078. [redacted] was born on June 8, 2009 and is currently 17 years old.

3.

Petitioner is a resident of Washington County, Oregon.

L.P.

4.

[redacted] is one of the owners of a claim against Allstate Fire and Casualty Company arising out of a motor vehicle collision and UIM benefits. Litigation is necessary to resolve this claim, and it is necessary that a guardian ad litem be appointed to process and pursue the claim.

///



Eder Sturm Eder
278 SW Arthur St
Portland, OR 97201
503-227-4601

Verified Correct Copy of Original 7/30/2026.

5.

Petitioner has not been convicted of a crime and has not had a license revoked or canceled that was required by the laws of any state for the practice of a profession or occupation.

6.

Petitioner has never filed for bankruptcy.

7. L.P.

No other fiduciaries have been appointed for [redacted].

8. L.P.

Petitioner is a suitable person to be appointed guardian ad litem for [redacted].

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 23 day of July, 2026.

PETITIONER

Petitioner:
Seth Miller
Beaverton, OR 97078

Attorney for Petitioner:
David Eder, OSB No. 052433
Eder Sturm Eder
278 SW Arthur Street, Portland, OR 97201
Tel.: 503-227-4601
Fax: 503-243-3274
Email: david@edersturm.com

_Verified Correct Copy of Original 7/30/2026._

# UTCR 5.100 CERTIFICATE OF READINESS

This proposed order or judgment is ready for judicial signature because:

1. [ ] Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2. [ ] Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by confirmation of approval sent to me.

3. [ ] I have served a copy of this order or judgment on all parties entitled to service and:

a. [ ] No objection has been served on me.

b. [ ] I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

c. [ ] after conferring about objections, ______________________________ [role and name of opposing party] agreed to independently file any remaining objection.

4. [ ] The relief sought is against an opposing party who has been found in default.

5. [ ] An order of default is being request with this proposed judgment.

6. [X] Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

7. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

Dated this 28th day of July, 2026

*/s/ David Eder*
David Eder, OSB No. 052433
Of Attorneys for Plaintiff
david@edersturm.com



Eder Sturm Eder
278 SW Arthur Street
Portland, OR 97201
503-227-4601

_Verified Correct Copy of Original 7/30/2026._

FILED MULTNOMAH CO CIRCUIT CT
'26 JUL 29 PM4:27

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

ELAINE MARGUERITE PRICE, an individual, and SETH MILLER, as guardian ad litem for [redacted], a minor,

L.P. Plaintiffs,

vs.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company,

Defendant,

Case No.: 26CV40067

**ORDER RE PETITION TO APPOINT GUARDIAN AD LITEM**

L.P. The petition of Seth Miller for the appointment of himself as guardian ad litem for [redacted], minor, verified by her attorney, was considered by the Court this date, and good cause appearing therefore.

///

///

///

///

///

///

///

///

///



Eder Sturm Eder
278 SW Arthur Street
Portland, OR 97201
503-227-4601

_Verified Correct Copy of Original 7/30/2026._

IT IS ORDERED THAT the petition of Seth Miller be granted, that he is herewith appointed guardian ad litem for [redacted] [redacted], and that the caption in the above-entitled matter hereafter reflect the foregoing.

L.P.

Matarazzo 7/29/26

Submitted by:
David Eder, OSB No. 052433
Eder Sturm Eder
278 SW Arthur Street, Portland, OR 97201
Tel.: 503-227-4601
Fax: 503-243-3274
Email: david@edersturm.com